# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TINA BROWN,

          Plaintiff,

v.                               Case No:   6:23-cv-1925-JSS-LHP

BP EXPLORATION & PRODUCTION
INC. and BP AMERICA
PRODUCTION COMPANY,

          Defendants

_____

## ORDER
(and Direction to Clerk of Court)

Before the Court is Plaintiff's Ex-Parte/Consent Motion to Substitute Exhibits. Doc. No. 79. On review, it is not clear why the motion was filed *ex parte*. According to the motion, Defendants (as well as third-party Santec) agree to de-designate the documents as confidential and allow for their public filing. *Id.* Based on that agreement, the motion (Doc. No. 79) is **GRANTED**, to the extent that the Court will consider the attached exhibits (Doc. Nos. 79-1 through 79-5) in place of the placeholders previously filed at Doc. Nos. 78-9, 78-10, 78-13, 78-14, and 78-15.

Plaintiff is cautioned that all future filings must contain a separate certificate of conferral as required by Local Rule 3.01(g)(2).

The Clerk of Court is **DIRECTED** to remove the *ex parte* designation from the motion and all attachments, *see* Doc. No. 79, and ensure that all parties receive a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties