**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TINA BROWN,

        Plaintiff,

v.                                                    Case No:   6:23-cv-1925-JSS-LHP

BP EXPLORATION & PRODUCTION
INC. and BP AMERICA
PRODUCTION COMPANY,

        Defendants

_____

## ORDER

Before the Court is BP Defendants' Motion for Relief Pursuant to Local Rule 1.11(e). Doc. No. 89. At issue is whether a previously sealed discovery exhibit, a report from Dr. Naomi Oreskes (Doc. No. 49-1), and a sealed discovery hearing transcript regarding *in camera* proceedings (Doc. No. 75), shall remain under seal following closure of this case. *Id.*; *see also* Doc. Nos. 74, 87. Plaintiff opposes the request to maintain the Oreskes report under seal, but does not oppose maintaining the sealed hearing transcript under seal. Doc. No. 89, at 2; Doc. No. 90. Defendants have also filed a Court-ordered reply. Doc. No. 92.

Upon consideration, for the reasons argued by Defendants in reply, Doc. No. 92, and for reasons previously set forth by the Court, Doc. No. 74, the motion (Doc. No. 89) will be **GRANTED**. *See generally Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001) ("[M]aterial filed with discovery motions is not subject to the common-law right of access . . . ."). It is **ORDERED** that the documents addressed in the motion (Doc. Nos. 49-1, 75), will remain under seal absent further Order of the Court ordering the documents unsealed.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2026.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record